IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                             CASE NO. 4:21-CR-00137-BSM

CHADWICK WILLIAMS                                                     DEFENDANT

## ORDER

Chadwick Williams's motion for early termination of supervised release [Doc. No. 2] is denied. Williams may refile the motion after he has completed at least half of his term of supervised release.

IT IS SO ORDERED this 10th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE