IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                         CASE NO. 4:21-CR-00137-BSM

**CHADWICK WILLIAMS**                                                                         **DEFENDANT**

## ORDER

Chadwick Williams's *pro se* motion for early termination of his supervised release [Doc. No. 11] is granted pursuant to 18 U.S.C. section 3583(e)(1).

IT IS SO ORDERED this 1st day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE